

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00566-CV

IN THE INTEREST OF G.C., J.C., A.C., A.C., CHILDREN

On Appeal from the
343rd District Court of Bee County, Texas
Trial Court Cause No. B-08-1222-CV-B-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

May 13, 2021